UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DANIEL NEAL,

                Plaintiff,

   - against -

THE CITY OF NEW YORK, SEAGATE COURT
HOMEOWNERS ASSOCIATION, INC., SEAGATE
HOMEOWNERS ASSOCIATION, THE SEAGATE
ASSOCIATION, and DARRIEN PHILLIPS,

                Defendant.
-----------------------------------------------------------------X

Civil Action No. 19-CV-00707

**STIPULATION OF**
**DISCONTINUANCE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action against the defendants, be, and the same hereby is, discontinued as against these defendants, with prejudice, as against all parties and without costs to any.

    This Stipulation may be executed in counterparts, and facsimile signatures may be treated as originals. This Stipulation may be filed without further notice with the Court.

Dated: Garden City, New York
        June 5, 2019

| JACOBS & HAZAN, LLP. | GOLDBERG SEGALLA, LLP |
|---|---|
| By: _____<br>Stuart E. Jacobs, Esq.<br>30 Vesey Street, 4th Floor<br>New York, New York 10007<br>(212) 577-2690 | By: _____<br>Erin Mackin, Esq.<br>200 Garden City Plaza, Suite 520<br>Garden City, New York 11530<br>(516) 281-9800<br>Email: emackin@goldbergsegalla.com |

22983836.v1