FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 1 – 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DANIEL NEAL,

                Plaintiff,

- against -

THE CITY OF NEW YORK, SEAGATE COURT
HOMEOWNERS ASSOCIATION, INC., SEAGATE
HOMEOWNERS ASSOCIATION, THE SEAGATE
ASSOCIATION, and DARRIEN PHILLIPS,

                Defendant.
----------------------------------------------------------X

Civil Action No. 19-CV-00707

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action against the defendants, be, and the same hereby is, discontinued as against these defendants, with prejudice, as against all parties and without costs to any.

This Stipulation may be executed in counterparts, and facsimile signatures may be treated as originals. This Stipulation may be filed without further notice with the Court.

Dated: Garden City, New York
June 5, 2019

**JACOBS & HAZAN, LLP.**

By: _____
Stuart E. Jacobs, Esq.
30 Vesey Street, 4th Floor
New York, New York 10007
(212) 577-2690

**GOLDBERG SEGALLA, LLP**

By: _____
Erin Mackin, Esq.
200 Garden City Plaza, Suite 520
Garden City, New York 11530
(516) 281-9800
Email: emackin@goldbergsegalla.com

SO ORDERED.
DATED: Brooklyn, NY
6/28/2019

/s/(DLI)

Dora L. Irizarry
Chief U.S. District Judge

22983836.v1